Entered on Docket June 7, 2012

**Below is the Order of the Court.**



Marc Barreca
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| In re<br><br>CASEY S. SULLIVAN and<br>STEPHANIE F. SULLIVAN,<br><br>                Debtors. | No. 10-23806-MLB<br><br>ORDER APPROVING SECOND INTERIM APPLICATION FOR COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS |

THIS MATTER having come on before the Court on the second interim application of Resolve Legal PLLC for an award of compensation and reimbursement of costs herein; and the Court, pursuant to 11 U.S.C §330 and Bankruptcy Rule 2016 and having found good cause, now therefore, it is hereby

ORDERED:

1. That Resolve Legal PLLC is hereby allowed compensation from August 29, 2011, through May 7, 2012, in the amount of $35,882.50.

2. That Resolve Legal PLLC is hereby allowed reimbursement of costs and expenses in the amount of $427.96.

ORDER APPROVING SECOND INTERIM APPLICATION FOR
COMPENSATION OF ATTORNEYS' FEES AND
REIMBURSEMENT OF COSTS - 1



RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

3. That Resolve Legal PLLC is authorized to apply funds held in trust to the allowed fees and costs. The balance shall be paid by the Debtors.

// END OF ORDER//

Presented by:

RESOLVE LEGAL PLLC


By  */s/ Jamie J. McFarlane*
 Jamie J. McFarlane, WSBA #41320
Attorneys for Debtors

ORDER APPROVING SECOND INTERIM APPLICATION FOR
COMPENSATION OF ATTORNEYS' FEES AND
REIMBURSEMENT OF COSTS - 2

RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com