Honorable Marc Barreca
Chapter 11
Hearing Date: September 7, 2012
Hearing Time: 9:30 a.m.
Hearing Place: Courtroom 7106
Response Date: August 31, 2012

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>CASEY S. SULLIVAN and<br>STEPHANIE F. SULLIVAN,<br><br>Debtors. | No. 10-23806-MLB<br><br>DECLARATION OF NO OBJECTIONS |

    Nancy Hunter states that I am a Certified Bankruptcy Assistant at firm of Resolve Legal PLLC. No objections to the Debtors' Application for Entry of Final Decree have been filed in the case as of the preparation of this Declaration and Resolve Legal PLLC has received none.

    I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED at Seattle, Washington this 4th day of September 2012.

                                   */s/ Nancy Hunter*
                                   Nancy Hunter

DECLARATION OF NO OBJECTIONS

RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

Case 10-23806-MLB    Doc 271    Filed 09/04/12    Ent. 09/04/12 10:36:51    Pg. 1 of 1