Entered on Docket September 5, 2012



**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In re | No. 10-23806-MLB |
| CASEY S. SULLIVAN and<br>STEPHANIE F. SULLIVAN, | FINAL DECREE |
| Debtors. | |

THIS MATTER came before the Court pursuant to the Application for Entry of Final Decree ("Application") of Casey S. Sullivan and Stephanie F. Sullivan, debtors-in-possession in this Chapter 11 proceeding ("Debtors"). The Court has considered the Application, any responses, and the records and files in this case. The Court finds that sufficient and timely notice has been given to all appropriate parties. The Court further finds that the Debtors' First Amended Plan of Reorganization (the "Plan") confirmed by the Court on May 4, 2012, has been fully administered as required by Federal Bankruptcy Rule of Procedure 3022. In consideration of the foregoing and the lack of any timely

FINAL DECREE - 1

RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

objections or the objections having been overruled, good cause has been shown to grant the Application; now, therefore it is

ORDERED as follows:

1. The Application for Entry of Final Decree is GRANTED.

2. After this Order becomes final and non-appealable, the Debtors shall continue to have the authority to bring before this Court for consideration all matters for which the Court retained jurisdiction in the Plan and Confirmation Order.

3. The Debtors' Chapter 11 case should be and hereby is CLOSED.

/// END OF ORDER ///

Presented by:

RESOLVE LEGAL PLLC


By  */s/ Jamie McFarlane*
      Jamie J. McFarlane, WSBA #41320
Attorneys for Debtors

FINAL DECREE - 2

RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

Case 10-23806-MLB    Doc 274    Filed 09/05/12    Ent. 09/05/12 10:55:09    Pg. 2 of 2