Honorable Marc L. Barreca
Chapter 11
Hearing Date: May 22, 2015
Hearing Time: 9:30 a.m.
Hearing Place: Courtroom 7106
Response Date: May 15, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

CASEY S. SULLIVAN and STEPHANIE F. SULLIVAN,

Debtors.

No. 10-23806-MLB

NOTICE OF HEARING ON DEBTORS' MOTION TO REOPEN CASE, OBTAIN DISCHARGE, AND CLOSE CASE

PLEASE TAKE NOTICE that the Debtors' Motion to Obtain Discharge and Close Case ("Motion") is **SET FOR HEARING** as follows:

| JUDGE: | Honorable Marc Barreca |
|---|---|
| PLACE: | 700 Stewart St., Courtroom 7106, Seattle, WA |
| DATE: | May 22, 2015 |
| TIME: | 9:30 a.m. |
| RESPONSE DATE: | May 15, 2015 |

Debtors have made all payments required under the confirmed First Amended Plan of Reorganization (the "Plan") to administrative, priority, and unsecured creditors. Debtors are making regular monthly payments on long-term secured claims as required by the confirmed Plan. Accordingly, Debtors requests that the Court reopen Debtors' case, enter the Debtors' discharge order and then close the case. A copy of the Motion is on file with the United States Bankruptcy Court and is available for review during regular business hours. **IF YOU OPPOSE THE MOTION**, you must file your written response with the court clerk, serve copies on the U.S. Trustee's office and on the undersigned **NOT LATER THAN THE RESPONSE DATE**, which is **May 15, 2015**.

DATED this 30th day of April 2015.

THE TRACY LAW GROUP PLLC

By   */s/ Jamie J. McFarlane*
    Jamie J. McFarlane, WSBA #41320
Attorneys for Debtors

NOTICE OF HEARING ON DEBTORS' MOTION TO REOPEN CASE, OBTAIN DISCHARGE, AND CLOSE CASE -1-

THE **TRACY LAW GROUP** PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax