Honorable Marc L. Barreca
Chapter 11
Hearing Date: May 22, 2015
Hearing Time: 9:30 a.m.
Hearing Place: Courtroom 7106
Response Date: May 15, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>CASEY S. SULLIVAN and STEPHANIE F. SULLIVAN,<br><br>Debtors. | No. 10-23806-MLB<br><br>DECLARATION OF CASEY S. SULLIVAN IN SUPPORT OF MOTION TO REOPEN CASE, OBTAIN DISCHARGE, AND CLOSE CASE |

I, Casey S. Sullivan, declare as follows:

1. I am the debtor-in-possession in the above captioned Chapter 11. I am over the age of 18 and competent to testify to the facts stated herein.

2. As a debtor-in-possession, I have made all distributions to creditors as required under the Plan.

3. I have paid all administrative and priority claims in full, including full payment of the Internal Revenue Service's priority claim. I have provided all payments to unsecured creditors as provided for in the confirmed First Amended Plan of Reorganization. All

DECLARATION OF CASEY S. SULLIVAN IN SUPPORT OF DEBTORS' MOTION TO REOPEN CASE, OBTAIN DISCHARGE, AND CLOSE CASE-1-

THE TRACY LAW GROUP PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 10-23806-MLB    Doc 285    Filed 04/30/15    Ent. 04/30/15 15:52:13    Pg. 1 of 2

distributions to general unsecured creditors required over the course of the confirmed First Amended Plan of Reorganization have been paid and distributed.

4. I have been making all payments on long-term secured claims as provided for in the confirmed First Amended Plan of Reorganization and shall continue to do so.

I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED this 29th day of April 2015.

*/s/ Casey S. Sullivan*
Casey S. Sullivan

DECLARATION OF CASEY S. SULLIVAN IN SUPPORT OF DEBTORS' MOTION TO REOPEN CASE, OBTAIN DISCHARGE, AND CLOSE CASE -2-

THE **TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 10-23806-MLB    Doc 285    Filed 04/30/15    Ent. 04/30/15 15:52:13    Pg. 2 of 2