Honorable Marc L. Barreca
Chapter 11
Hearing Date: May 22, 2015
Hearing Time: 9:30 a.m.
Hearing Place: Courtroom 7106
Response Date: May 15, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re | No. 10-23806-MLB |
|---|---|
| CASEY S. SULLIVAN and STEPHANIE F. SULLIVAN, | MOTION FOR ORDER FINDING THAT 11 U.S.C. § 1141(d)(5)(C) AS DEFINED IN § 522(Q)(1) DOES NOT APPLY TO DEBTORS |
| Debtors. | |

Casey S. Sullivan and Stephanie F. Sullivan, the debtors-in-possession in this Chapter 11 case ("Debtors"), by and through counsel, J. Todd Tracy, Jamie J. McFarlane, and The Tracy Law Group PLLC, move the Court, pursuant to § 1141(d)(5)(C), for an order finding as follows:

1. That there is no reasonable cause to believe that § 522(q)(1) may be applicable to the Debtors; and

2. That there are no pending proceedings in which the Debtors may be found guilty of a felony as defined in § 522(q)(1)(A) or liable for debt defined in § 522(q)(1)(B).

MOTION FOR ORDER FINDING THAT 11 U.S.C.
§ 1141(d)(5)(C) AS DEFINED IN § 522(Q)(1) DOES NOT
APPLY TO DEBTORS - 1

THE TRACY LAW GROUP PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax
www.thetracylawgroup.com

In support of this Motion, Debtors rely on the following authority: the Declaration of Casey S. Sullivan and the files and records in this case.

WHEREFORE, the Declaration of Casey S. Sullivan and the files and record in this case indicate that § 522(q)(1)(A) and § 522(q)(1)(B) are not applicable to the Debtors in this case, the Debtors hereby request that an order be entered finding that 11 U.S.C. § 1141(d)(5)(C) as defined in § 522(Q)(1) does not apply to the Debtors.

DATED this 30th day of April 2015.

THE TRACY LAW GROUP PLLC

By  */s/ Jamie J. McFarlane*
    J. Todd Tracy, WSBA #17342
    Jamie J. McFarlane, WSBA #41320
Attorneys for Debtors

MOTION FOR ORDER FINDING THAT 11 U.S.C.
§ 1141(d)(5)(C) AS DEFINED IN § 522(Q)(1) DOES NOT
APPLY TO DEBTORS - 2

THE TRACY LAW GROUP PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax
www.thetracylawgroup.com

Case 10-23806-MLB    Doc 286    Filed 04/30/15    Ent. 04/30/15 16:05:14    Pg. 2 of 2