PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re | No. 10-23806-MLB |
|---|---|
| CASEY S. SULLIVAN and STEPHANIE F. SULLIVAN,<br><br>                  Debtors. | ORDER FINDING THAT 11 U.S.C. § 1141(d)(5)(C) AS DEFINED IN § 522(Q)(1) DOES NOT APPLY TO DEBTORS |

THIS MATTER came before the Court on the Motion for Order Finding That 11 U.S.C. § 1141(d)(5)(C) as Defined in § 522(q)(1) Does Not Apply to Debtors, filed by Casey S. Sullivan and Stephanie F. Sullivan, the debtors-in-possession in this Chapter 11 case ("Debtors").

The Court hereby:

FINDS, DETERMINES AND CONCLUDES THAT:

1. Notice of the Motion has been given in accordance with applicable Bankruptcy Rules. Such notice constitutes good, appropriate and sufficient notice of the Motion,

ORDER FINDING THAT 11 U.S.C. § 1141(d)(5)(C) AS DEFINED IN § 522(Q)(1) DOES NOT APPLY TO DEBTORS -1

THE **TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 10-23806-MLB    Doc 286-1    Filed 04/30/15    Ent. 04/30/15 16:05:14    Pg. 1 of 2

appropriate under the circumstances, and no other or further notice of the Motion need be given;

2. There is no reasonable cause to believe that § 522(q)(1) may be applicable to the Debtors; and

3. There are no pending proceedings in which the Debtors may be found guilty of a felony as defined in § 522(q)(1)(A) or liable for debt defined in § 522(q)(1)(B).

IT IS SO ORDERED:

That § 1141(d)(5) as defined in § 522(q)(1) does not apply to the Debtors.

/// END OF ORDER ///

Presented by:

THE TRACY LAW GROUP PLLC

By  */s/ Jamie J. McFarlane*
      J. Todd Tracy, WSBA #17342
      Jamie J. McFarlane, WSBA #41320
Attorneys for Debtors

ORDER FINDING THAT 11 U.S.C. § 1141(d)(5)(C) AS DEFINED IN § 522(Q)(1) DOES NOT APPLY TO DEBTORS -2

THE TRACY LAW GROUP PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 10-23806-MLB    Doc 286-1    Filed 04/30/15    Ent. 04/30/15 16:05:14    Pg. 2 of 2