Honorable Marc L. Barreca  
Chapter 11  
Hearing Date: May 22, 2015  
Hearing Time: 9:30 a.m.  
Hearing Place: Courtroom 7106  
Response Date: May 15, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>CASEY S. SULLIVAN and STEPHANIE F. SULLIVAN,<br><br>Debtors. | No. 10-23806-MLB<br><br>NOTICE OF HEARING ON MOTION FOR ORDER FINDING THAT 11 U.S.C. § 1141(d)(5)(C) AS DEFINED IN § 522(Q)(1) DOES NOT APPLY TO DEBTORS |

PLEASE TAKE NOTICE that the Debtors' Motion for Order Finding That 11 U.S.C. §1141(d)(5)(C) as Defined in § 522(Q)(1) Does Not Apply to Debtor ("Motion") is **SET FOR HEARING** as follows:

| | |
|---|---|
| JUDGE: | Honorable Marc Barreca |
| PLACE: | 700 Stewart St., Courtroom 7106, Seattle, WA |
| DATE: | May 22, 2015 |
| TIME: | 9:30 a.m. |
| RESPONSE DATE: | May 15, 2015 |

Debtors are seeking an order approving the findings under 11 U.S.C. § 1141(d)(5)(C). **IF YOU OPPOSE THE MOTION**, you must file your written response with the court clerk, serve copies on the U.S. Trustee's office and on the undersigned **NOT LATER THAN THE RESPONSE DATE**, which is **March 18, 2015**.

DATED this 30th day of April 2015.

THE TRACY LAW GROUP PLLC

By  */s/ Jamie J. McFarlane*  
Jamie J. McFarlane, WSBA #41320  
Attorneys for Debtors

NOTICE OF HEARING ON MOTION FOR ORDER FINDING THAT 11 U.S.C. § 1141(d)(5)(C) AS DEFINED IN § 522(Q)(1) DOES NOT APPLY TO DEBTORS - 1

THE **TRACY LAW GROUP** PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax
www.thetracylawgroup.com