Honorable Marc L. Barreca
Chapter 11
Hearing Date: May 22, 2015
Hearing Time: 9:30 a.m.
Hearing Place: Courtroom 7106
Response Date: May 15, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>CASEY S. SULLIVAN and STEPHANIE F. SULLIVAN,<br><br>                       Debtors. | No. 10-23806-MLB<br><br>DECLARATION IN SUPPORT OF MOTION FOR ORDER FINDING THAT 11 U.S.C. § 1141(d)(5)(C) AS DEFINED IN § 522(Q)(1) DOES NOT APPLY TO DEBTORS |

I, Casey S. Sullivan, declare as follows:

1. I am one of the debtors in this Chapter 11 bankruptcy proceeding. I am making this declaration from my own personal knowledge. I am over the age of 18 and I am competent to testify to the contents of this declaration.

2. I make this declaration in support of the Motion for Order Approving Finding That 11 U.S.C. § 1141(d)(5)(C) as Defined in § 522(q)(1) Does Not Apply to Debtors (the "Motion").

3. There are no pending proceedings in which myself or my wife, Stephanie F. Sullivan, may be found guilty of a felony.

4. My wife and I do not owe a debt arising from:

DECLARATION IN SUPPORT OF MOTION FOR ORDER FINDING THAT 11 U.S.C. § 1141(d)(5)(C) AS DEFINED IN § 522(Q)(1) DOES NOT APPLY TO DEBTORS - 1

THE TRACY LAW GROUP PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax
www.thetracylawgroup.com

Case 10-23806-MLB  Doc 288  Filed 04/30/15  Ent. 04/30/15 16:09:05  Pg. 1 of 2

i. Any violation of the federal securities laws (as defined in section 3(a)(47) of the Securities Exchange Act of 1934), and state securities laws, or any regulation or order issued under federal securities laws or state securities laws;

ii. Fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security registered under section 12 or 15(d) of the Securities Exchange Act of 1934 or under section 6 of the Securities Act of 1933;

iii. Any civil remedy under section 1964 of title 18; or

iv. Any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

I declare under the penalty of perjury that the foregoing is true and correct.

EXECUTED this 29th day of April 2015.

*/s/ Casey S. Sullivan*
Casey S. Sullivan

DECLARATION IN SUPPORT OF MOTION FOR ORDER FINDING THAT 11 U.S.C. § 1141(d)(5)(C) AS DEFINED IN § 522(Q)(1) DOES NOT APPLY TO DEBTORS - 2

**THE TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax
www.thetracylawgroup.com

Case 10-23806-MLB    Doc 288    Filed 04/30/15    Ent. 04/30/15 16:09:05    Pg. 2 of 2