Honorable Marc L. Barreca
Chapter 11
Hearing Date: May 22, 2015
Hearing Time: 9:30 a.m.
Hearing Place: Courtroom 7106
Response Date: May 15, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re | No. 10-23806-MLB |
| CASEY S. SULLIVAN and STEPHANIE F. SULLIVAN, | PROOF OF SERVICE |
| Debtors. | |

I, Jamie McFarlane, under penalty of perjury, declare:

1. That on April 30, 2015, I caused a copy of:

- Debtor's Motion for Order Finding That 11 U.S.C. §1141(d)(5)(C) as Defined in § 522(Q)(1) Does Not Apply to Debtor
- Notice of Hearing
- Declaration in Support
- Proposed Order

- Debtor's Motion to Reopen Case, Obtain Discharge and, Close Case
- Notice of Hearing
- Declaration in Support
- Proposed Order

to be served via CM/ECF on the following parties:

Jennifer L Aspaas on behalf of Creditor BAC Home Loans Servicing, LP
ecf@rcolegal.com, RCO@ecf.inforuptcy.com

PROOF OF SERVICE - 1

**THE TRACY LAW GROUP**<sub>PLLC</sub>
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Jennifer L Aspaas on behalf of Creditor Bank of America, N.A.
ecf@rcolegal.com, RCO@ecf.inforuptcy.com

Jennifer L Aspaas on behalf of Creditor Chase Home Finance LLC
ecf@rcolegal.com, RCO@ecf.inforuptcy.com

Jennifer L Aspaas on behalf of Creditor OneWest Bank FSB
ecf@rcolegal.com, RCO@ecf.inforuptcy.com

Jennifer L Aspaas on behalf of Creditor OneWest Bank, FSB
ecf@rcolegal.com, RCO@ecf.inforuptcy.com

Jennifer L Aspaas on behalf of Creditor U.S. Bank, National Association
ecf@rcolegal.com, RCO@ecf.inforuptcy.com

Jennifer L Aspaas on behalf of Special Request BAC Home Loans Servicing LP
ecf@rcolegal.com, RCO@ecf.inforuptcy.com

Jennifer L Aspaas on behalf of Special Request Bank of America NA
ecf@rcolegal.com, RCO@ecf.inforuptcy.com

Jennifer L Aspaas on behalf of Special Request Chase Home Finance LLC
ecf@rcolegal.com, RCO@ecf.inforuptcy.com

Jennifer L Aspaas on behalf of Special Request OneWest Bank FSB
ecf@rcolegal.com, RCO@ecf.inforuptcy.com

Katie A Axtell on behalf of Special Request Volvo Car Finance NA
kaxtell@bwmlegal.com, bankruptcy@bwmlegal.com

Jesse A P Baker on behalf of Creditor Aurora Loan Services, LLC
jbaker@piteduncan.com, ecfwawb@piteduncan.com

Daniel M. Caine on behalf of Special Request Umpqua Bank
caine@ryanlaw.com, kossman@ryanlaw.com

Catherine L Campbell on behalf of Creditor IRS
catherine.l.campbell@irscounsel.treas.gov, seairs.bk.email@irscounsel.treas.gov

Cara C Christensen on behalf of Special Request Aurora Loan Services LLC
cchristensen@houser-law.com, swilliams@houser-law.com

Lawrence S. Glosser on behalf of Special Request Clunas Funding Group Inc
lglosser@ac-lawyers.com, jwattenberg@ac-lawyers.com

Lawrence S. Glosser on behalf of Special Request Triangle Holdings II LLC
lglosser@ac-lawyers.com, jwattenberg@ac-lawyers.com

Scott L Jensen on behalf of Special Request Clunas Funding Group Inc
slj@brownrask.com, lac@brownrask.com

PROOF OF SERVICE - 2

**THE TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 10-23806-MLB    Doc 291    Filed 05/04/15    Ent. 05/04/15 11:38:07    Pg. 2 of 5

Scott L Jensen on behalf of Special Request Triangle Holdings II LLC
slj@brownrask.com, lac@brownrask.com

Shannon L Kingston on behalf of Special Request Aurora Loan Services LLC
skingston@piteduncan.com, ecfwawb@piteduncan.com

Jill I Lunn on behalf of US Trustee United States Trustee
Jill.I.Lunn@usdoj.gov, Young-Mi.Petteys@usdoj.gov;Tara.Maurer@usdoj.gov;Martha.A.VanDraanen@usdoj.gov

James H MaGee on behalf of Creditor Nationstar Mortgage
ostranderr@washingtonbankruptcy.com, jameshm@washingtonbankruptcy.com

Jamie J McFarlane on behalf of Debtor Casey S Sullivan
jamie@resolvelegal.com,
nancy@resolvelegal.com;thao@resolvelegal.com;keith@resolvelegal.com;aaron@crockerlaw.com

Jamie J McFarlane on behalf of Debtor Casey S Sullivan
jamie@thetracylawgroup.com, thao@thetracylawgroup.com;nancy@thetracylawgroup.com

Jamie J McFarlane on behalf of Joint Debtor Stephanie F Sullivan
jamie@resolvelegal.com,
nancy@resolvelegal.com;thao@resolvelegal.com;keith@resolvelegal.com;aaron@crockerlaw.com

Lisa M. McMahon-Myhran on behalf of Creditor EverBank
lmcmahon@robinsontait.com,
ncarson@robinsontait.com;ssears@robinsontait.com;ssevier@robinsontait.com;scearley@robinsontait.com

Angela M. Michael on behalf of Special Request Bank of New York Mellon
angela@amichael-law.com, bknoticesWA@mccarthyholthus.com

Dean R Prober on behalf of Special Request BAC Home Loans Servicing LP
cmartin@pralc.com

Danae M Rawson on behalf of Creditor IRS
danae.m.rawson@irscounsel.treas.gov, seabkemail@irscounsel.treas.gov

Lawrence R Ream on behalf of Creditor Borrego Springs Bank, NA
lream@schwabe.com, iwillis@schwabe.com;docket@schwabe.com;fretonio@schwabe.com

Lawrence R Ream on behalf of Creditor Byron McCannon
lream@schwabe.com, iwillis@schwabe.com;docket@schwabe.com;fretonio@schwabe.com

Lawrence R Ream on behalf of Creditor Denise Hansell
lream@schwabe.com, iwillis@schwabe.com;docket@schwabe.com;fretonio@schwabe.com

Lawrence R Ream on behalf of Creditor John Rettenmier
lream@schwabe.com, iwillis@schwabe.com;docket@schwabe.com;fretonio@schwabe.com

Lawrence R Ream on behalf of Creditor Kirk Hansell

PROOF OF SERVICE - 3

THE **TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 10-23806-MLB    Doc 291    Filed 05/04/15    Ent. 05/04/15 11:38:07    Pg. 3 of 5

lream@schwabe.com, iwillis@schwabe.com;docket@schwabe.com;fretonio@schwabe.com

Lawrence R Ream on behalf of Creditor Kristine Jurich
lream@schwabe.com, iwillis@schwabe.com;docket@schwabe.com;fretonio@schwabe.com

Lawrence R Ream on behalf of Creditor Martin Stever
lream@schwabe.com, iwillis@schwabe.com;docket@schwabe.com;fretonio@schwabe.com

Lawrence R Ream on behalf of Creditor Pete Hansell
lream@schwabe.com, iwillis@schwabe.com;docket@schwabe.com;fretonio@schwabe.com

Lawrence R Ream on behalf of Creditor Rajeev Dujari
lream@schwabe.com, iwillis@schwabe.com;docket@schwabe.com;fretonio@schwabe.com

Lawrence R Ream on behalf of Creditor Thomas Jurich
lream@schwabe.com, iwillis@schwabe.com;docket@schwabe.com;fretonio@schwabe.com

Shawn B. Rediger on behalf of Special Request Columbia Center Property LLC
srediger@wkg.com, dlevitin@williamskastner.com

Michelle R Riel on behalf of Creditor Bank of America, N.A.
ecf@rcolegal.com

Michelle R Riel on behalf of Creditor Chase Home Finance LLC
ecf@rcolegal.com

Michelle R Riel on behalf of Creditor OneWest Bank FSB
ecf@rcolegal.com

David B Schumacher on behalf of Creditor Bank of America, N.A.
schulaw@comcast.net

United States Trustee
USTPRegion18.SE.ECF@usdoj.gov

2.   and that on April 30, 2015, I caused a copy of:

   • Notice of Hearing on Debtor's Motion for Order Finding That 11 U.S.C. §1141(d)(5)(C) as Defined in § 522(Q)(1) Does Not Apply to Debtor

and

   • Notice of Hearing on Debtor's Motion to Reopen, Obtain Discharge, and Close Case

PROOF OF SERVICE - 4

THE **TRACY LAW GROUP**<sub>PLLC</sub>
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 10-23806-MLB   Doc 291   Filed 05/04/15   Ent. 05/04/15 11:38:07   Pg. 4 of 5

to be mailed by first class mail, postage prepaid, to all creditors on the attached matrix marked as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of February 2015.

                                          */s/ Jamie J. McFarlane*
                                          Jamie J. McFarlane

PROOF OF SERVICE - 5

THE **TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 10-23806-MLB    Doc 291    Filed 05/04/15    Ent. 05/04/15 11:38:07    Pg. 5 of 5