**Submitted But Not Entered.**



_____
**Marc Barreca**
**U.S. Bankruptcy Court**

**Proposed order incorrectly submitted as a received unsigned order.**

PROPOSED ORDER

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re | No. 10-23806-MLB |
| CASEY S. SULLIVAN and STEPHANIE F. SULLIVAN, | ORDER REOPENING CASE, GRANTING DISCHARGE, AND CLOSING CASE |
| Debtors. | |

THIS MATTER came before the Court pursuant to the Debtors' Motion to Obtain Discharge and Close Case ("Motion"). The Court has review and considered the Motion, any responses, the oral argument of counsel, and the records, pleadings and other files in this case.

The Court finds that sufficient and timely notice has been given to all appropriate parties. The Court further finds that, pursuant to § 1141, there is cause to enter the Debtors' discharge and close the case. In consideration of the foregoing and the lack of any timely objections or the objections having been overruled, good cause has been shown to grant the Motion; now, therefore it is

ORDER REOPENING CASE, GRANTING
DISCHARGE AND CLOSING CASE -1-

THE **TRACY LAW GROUP**<sub>PLLC</sub>
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

ORDERED that:

1. The Debtors' case is REOPENED.

2. The Debtors are GRANTED a discharge under § 1141(d) of title 11, United States Code (the Bankruptcy Code).

3. Pursuant to the Order Confirming Debtors' First Amended Chapter 11 Plan of Reorganization, all persons who have held, currently hold, or may hold a Claim discharged or modified pursuant to the terms of the Plan shall be permanently enjoined by Bankruptcy Code §§ 105 and 524 from taking any of the following actions on account of any such discharged or modified Claim: (a) commencing or continuing in any manner any action or proceeding against the Reorganized Debtors; or their respective assets or properties; (b) enforcing, attaching, collecting, or recovering in any manner any judgment, award, decree, or order against the Reorganized Debtors or their assets or properties; (c) creating, perfecting, or enforcing any lien or encumbrance against the Reorganized Debtors' assets or properties; (d) asserting any lien or encumbrance against the Reorganized Debtors or their assets and properties; (e) commencing or continuing any action, in any manner, in any place, that does not comply with or is inconsistent with any provision of this Order or the Plan. Any person violating an injunction contained in this paragraph may be liable for actual damages, including costs and attorneys' fees, and, where appropriate, punitive damages. The discharge shall void any judgments against the Reorganized Debtors, at any time obtained, to the extent the judgment relates to a discharged Claim.

4. The Debtors' Chapter 11 case should be and hereby is CLOSED.

ORDER REOPENING CASE, GRANTING
DISCHARGE AND CLOSING CASE -2-

THE **TRACY LAW GROUP**<sub>PLLC</sub>
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 10-23806-MLB    Doc 292    Filed 05/04/15    Ent. 05/04/15 12:11:46    Pg. 2 of 3

/// END OF ORDER ///

Presented by:

THE TRACY LAW GROUP PLLC

By  */s/ Jamie J. McFarlane*
    Jamie J. McFarlane, WSBA #41320
Attorneys for Debtors

ORDER REOPENING CASE, GRANTING
DISCHARGE AND CLOSING CASE -3-

THE **TRACY LAW GROUP** PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 10-23806-MLB    Doc 292    Filed 05/04/15    Ent. 05/04/15 12:11:46    Pg. 3 of 3