|  |  |
|---|---|
|  | Judge: Marc Barreca |
|  | Chapter: 11 |
|  | Hearing: |
|  | Hearing Location: Seattle, WA |
|  | Hearing Date: May 22, 2015 |
|  | Hearing Time: 9:30 a.m. |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re | ) | No. 10-23806-MLB |
| | ) | |
| Casey S Sullivan fka Casey B Sullivan dba | ) | |
| Columbia Funding dba Terri Court | ) | |
| Condominiums LLC and Stephanie F. Sullivan, | ) | NOTICE OF HEARING AND |
| | ) | OPPOSITION TO MOTION TO |
| Debtors. | ) | REOPEN BANKRUPTCY CASE |
| | ) | AND ENTER DISCHARGE |
| | ) | |

PLEASE TAKE NOTICE THAT Bank of America, N.A.'s Opposition to Motion to Reopen Bankruptcy Case and Enter Discharge IS SET FOR HEARING as follows:

JUDGE: MARC BARRECA          TIME: 9:30 a.m.

PLACE: U.S. Bankruptcy Court    DATE: May 22, 2015
       Seattle, Washington

Gig Harbor Law
5801 Soundview Dr., Ste. 50-C
Gig Harbor, WA 98335
(253)509-0625 / Fax (253) 509-0765
E-mail: creditorbk@gigharborlaw.net

Page 1

# OPPOSITION TO MOTION TO REOPEN BANKRUPTCY CASE, ENTER DISCHARGE AND CLOSE CASE

One West Bank, FSB, its assignees and/or successors in interest ("Creditor") is the holder of a Note and senior Deed of Trust secured against the real property located at **6640 SW Terri Court, Portland, Oregon 97225** ("Subject Property"). Creditor hereby submits the following Opposition to Motion to Reopen Bankruptcy Case, Enter Discharge and Close Case ("Motion"):

# INTRODUCTION

On November 16, 2010 ("Petition Date"), Casey S and Stephanie F Sullivan ("Debtors") filed a voluntary petition under Chapter 11 of the Bankruptcy Code. Creditor filed its secured Proof of Claim as Claim 47 on April 29, 2011. The Proof of Claim was later amended and provided for a secured claim of $354,432.97.

Debtors filed a series of Plans and the First Amended Plan was confirmed on May 4, 2012 as docket entry 232. The confirmed Plan incorporated by reference an agreed order on a stipulation filed as docket entry 230 on May 4, 2012 which treated Creditor in Class 13. The effective date was June 3, 2012. The treatment provided for payment of the secured portion of the Class 13 claim as follows: $260,000.00 at 5.25% over 30 years. The Debtor was to fund an escrow account for payment of taxes and insurance.

As of the current time, Debtors are not current in their postpetition payments. Although it appears that they have been satisfying the principal and interest amount each month, they have not been paying the entire escrow portion. At the current time, they are in arrears over $20,000.00. Debtors are therefore not eligible for a discharge at this time as they have not made their payments on long term secured debt as provided in the Plan. Under 11 U.S. Code § 1141 (5)(A), payments under the Plan must be made prior to discharge. There is no cause to excuse Debtors from this requirement. Until this matter is resolved, the discharge should not be granted.

Page 2

Gig Harbor Law
5801 Soundview Dr., Ste. 50-C
Gig Harbor, WA 98335
(253)509-0625 / Fax (253) 509-0765
E-mail: creditorbk@gigharborlaw.net

Case 10-23806-MLB    Doc 293    Filed 05/15/15    Ent. 05/15/15 16:04:31    Pg. 2 of 4

## **CONCLUSION**

As stated above, it is respectfully requested that the Debtors' discharge not be entered at this time until the full amount of payments due under the Plan to date has been made.

Dated: 5/15/15   By  /s/ *Nathan Sukhia*
NATHAN SUKHIA, WSBA #31700
Gig Harbor Law
5801 Soundview Drive, Suite 50-C
Gig Harbor, WA  98335
(253) 509-0625
(253) 509-0765 fax
creditorbk@gigharborlaw.net
O.027-133

Gig Harbor Law
5801 Soundview Dr., Ste. 50-C
Gig Harbor, WA 98335
(253)509-0625 / Fax (253) 509-0765
E-mail: creditorbk@gigharborlaw.net

Page 3

Case 10-23806-MLB    Doc 293    Filed 05/15/15    Ent. 05/15/15 16:04:31    Pg. 3 of 4

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | |
| 3 | I certify that copies of the foregoing were sent by first class mail and/or served via ecf email on May 15, 2015, addressed to the parties as shown below: |
| 4 | Casey S Sullivan |
| 5 | Stephanie F Sullivan<br>6756 266th Ct SE |
| 6 | Issaquah, WA 98029<br>Debtors |
| 7 | |
| 8 | Shelly Crocker<br>Jamie J McFarlane |
| 9 | Resolve Legal PLLC<br>720 Olive Way Ste 1000 |
| 10 | Seattle, WA 98101<br>Attorney for Debtors |
| 11 | |
| 12 | Jill I Lunn<br>700 Stewart St Ste 5103 |
| 13 | Seattle, WA 98101<br>Attorney for U.S. Trustee |
| 14 | |
| 15 | /s/ *Nathan Sukhia* |
| 16 | NATHAN SUKHIA, WSBA #31700<br>Retained Counsel |

Gig Harbor Law
5801 Soundview Dr., Ste. 50-C
Gig Harbor, WA 98335
(253)509-0625 / Fax (253) 509-0765
E-mail: creditorbk@gigharborlaw.net

Page 4

Case 10-23806-MLB    Doc 293    Filed 05/15/15    Ent. 05/15/15 16:04:31    Pg. 4 of 4